DAYLE ELIESON
United States Attorney
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
andrew.duncan@usdoj.gov

Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL CRACCHIOLO,<br><br>　　　　Defendant. | Case No.: 2:99-mj-02213-VCF<br><br>**ORDER FOR DISMISSAL** |

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on September 20, 1999.

　　　　Dated this 6th day of April 2018.

　　　　　　　　　　　　　　　　　　　　　DAYLE ELIESON
　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ANDREW W. DUNCAN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　Leave of Court is granted for the filing of the foregoing dismissal

　　　　DATED this 13th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge